# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

**MICHAEL DEGTYAREV, Plaintiff**

**v.**

**ELIZABETH IGUDESMAN and LEONID IGUDESMAN, Defendants**

**Plaintiff's Exhibits: 1-7**



| RE: note | Tuesday, July 21, 2009 4:37 PM |
|---|---|
| From: "Lisa Igudesman" <LIgudesman@bridgelinecg.com> | |
| To: "Michael Degtyarev" <mdegtyarev@yahoo.com> | |

WAMU file is being submitted. We should know that it is uploaded in their system by Friday this week. I actually do have a note for 110K (after 20K paid). That is why I asked when other 10K were paid. Anyway, try to find that file. Eventually we'll figure it out. Maybe I am wrong…

On the other subject, I need 150-200K badly. I have someone willing to give me 200K loan for a year, but he will have money in September only. So, if you're ok with helping me with a note for 2 months, I would willingly pay good interest to you (like 6-7%) for these few months… Let me know please…

**Lisa Igudesman**
Bridgeline Capital Group, Inc.
330 Townsend, Suite 114
San Francisco, CA 94107
Tel: (415) 512-7535
Fax: (415) 871-2197
Mobile: (415) 640-0582
**_www.bridgelinecg.com_**



This email message (and any attachments) is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not an intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are an intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator. Any Interest Rate Information published in this message is subject to change without notice and does not constitute a commitment to broker any loan at any specific rate.  Thank you.

---

**From:** Michael Degtyarev [mailto:mdegtyarev@yahoo.com]
**Sent:** Tuesday, July 21, 2009 4:34 PM
**To:** Lisa Igudesman
**Subject:** Re: note

Liz,
I know I have a folder for the note, but I can not find it for now. I may be wrong, but I always remembered it became 100k after Oct last year, and paid you interest accordingly! If you have this note, please make a copy and drop it in my mailbox on your way home. I will find that folder eventually. Hello from my Mom!

Case: 10-03185    Doc# 1-1    Filed: 10/25/10    Entered: 10/25/10 19:15:58    Page 2 of 21

How is our WaMu file?

thanks

Michael (Misha) Degtyarev
586 Clipper St .
San Francisco , CA 94114
(415) 342-7115 (mobile)
(650) 225-3718 (work)
e-mail: mdegtyarev@yahoo.com

--- On **Thu, 7/16/09, Lisa Igudesman <*LIgudesman@bridgelinecg.com*>** wrote:

From: Lisa Igudesman <LIgudesman@bridgelinecg.com>
Subject: note
To: "Michael Degtyarev" <mdegtyarev@yahoo.com>
Date: Thursday, July 16, 2009, 11:45 AM

Mishka, also, sorry, I didn't really check. And please excuse, I admit I can be wrong, because I didn't
put all my paperwork together for tax filings as of yet, and everything is kind of in different folders…
But my question is: the note remaining was 100K, not 110?
I came across the note as of 10/01/2008 when you gave me $20,000, and the note becomes $110,000.
Can you please remind me of another 10K?
Thanks!
Also, I will call you tomorrow, as I should have some $ for you as well.

**Lisa Igudesman**
**Bridgeline Capital Group, Inc.**
**330 Townsend, Suite 114**
**San Francisco, CA 94107**
**Tel: (415) 512-7535**
**Fax: (415) 871-2197**
**Mobile: (415) 640-0582**
**www.bridgelinecg.com**



This email message (and any attachments) is for the sole use of the intended recipient(s) and may contain confidential and/or
privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not an intended
recipient, please contact the sender by reply email and destroy all copies of the original message. If you are an intended recipient,
please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System
Administrator. Any Interest Rate Information published in this message is subject to change without notice and does not
constitute a commitment to broker any loan at any specific rate.  Thank you.

Elizaveta Igudesman
101 Bella Vista Drive
Hillsborough CA 94010
(415) 640-0582

This is a note confirming that I, Elizaveta Igudesman, received a personal loan in the amount of $240,000 (two hundred thousand forty dollars) from Michael Degtyarev by check on July 31st of 2009. ʲⱲ ᴇᴢ

Yearly interest rate of 7.5% should apply. Interest should be paid monthly on the 1st of each month.

The note is due and payable in full no later than September 30th of 2009.

If such payment is not made on time as described above, either mutual written extension of this note is required, or Michael Degtyarev repossesses violin bow collection currently owned by Igudesmans and held in San Francisco. If delay occurs, 15% charge applies.

Elizaveta Igudesman

_Elgud_ 07/31/09

State of California County of San Francisco
Subscribed and Sworn to (or affirmed)
Before me on this 31 day of July 20 09 by

Elizaveth Igudesman
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me
signature _____

ROBERT L. TATE
COMM. # 1855604
NOTARY PUBLIC ● CALIFORNIA
San Francisco County
Commission Expires JUNE 25, 2013

M. Degoyaren
586 Clipper St.
San Francisco, CA 94114

90-118 16
1211

7/31/09
DATE

Elizaveta Igudesman ................ $240,000.00

PAY TO THE ORDER OF

Two hundred & forty thousand ———— 00/100 DOLLARS

First National Bank
SAN FRANCISCO
PORTOLA BRANCH
699 PORTOLA DRIVE
SAN FRANCISCO, CA 94127
OF NORTHERN CALIFORNIA

MEMO Personal Note

⑈121101189⑈    16 0041831⑈

SCENIC AMERICANA

FIRST NATIONAL BANK
OF NORTHERN CALIFORNIA
699 PORTOLA DRIVE
SAN FRANCISCO, CA 94127



| Personal note due! | Tuesday, September 29, 2009 1:08 PM |
|---|---|
| **From:** "Michael Degtyarev" <mdegtyarev@yahoo.com> | |
| **To:** "Elizabeth Igudesman" <eigudesman@yahoo.com> | |
| **Cc:** "Elizabeth Igudesman" <ligudesman@bridgelinecg.com>, "Michael Degtyarev" <mdegtyarev@yahoo.com> | |

Liza, hi
Just to remind you that your personal note to me is due on Oct1st, 2009.
thanks!

Michael (Misha) Degtyarev
586 Clipper St.
San Francisco, CA 94114
(415) 342-7115 (mobile)
(650) 225-3718 (work)
e-mail: mdegtyarev@yahoo.com

Case: 10-03185     Doc# 1-1     Filed: 10/25/10     Entered: 10/25/10 19:15:58     Page 6 of 21

# The Law Office of
# Robert L. Shepard

October 8, 2009

Elizaveta Igudesman
101 Bella Vista Drive
Hillsborough, CA 94010

      Re:    Promissory Note with Michael Degtyarev

Dear Ms. Igudesman,

My office has been retained by and now represents Michael Degtyarev for purposes of collecting the amounts due under the enclosed promissory note. Before proceeding with litigation it is my office's practice to draft a letter to encourage settlement and preserve good relations.

You signed the promissory note and my client performed his obligations by making payment on July 31, 2009. My client performed all contractual obligations and you are currently in breach.

My client has authorized me to waive any interest and legal fees if the balanced is paid in full prior to October 16, 2009. If acceptable payment arrangements are not made, I am instructed to commence litigation in San Mateo Superior Court, which will only exacerbate the total cost for you. I encourage you not to make a bad situation worse. Please do not hesitate to call if you would like to speak about the matter.

      Sincerely,

      Robert L. Shepard

cc: Michael Degtyarev



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Nov-03-2009 9:20 am

Case Number: CGC-09-494070

Filing Date: Nov-03-2009 9:18

Juke Box: 001    Image: 02664028

COMPLAINT

MICHAEL DEGTYAREV VS. ELIZAVETA IGUDESMAN et al

001C02664028

**Instructions:**
Please place this sheet on top of the document to be scanned.



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Elizaveta Igudesman ~ *Does 1-25*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Michael Degtyarev

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
400 McAllister Street, San Francisco, CA 94102

**CASE NUMBER:**
*(Número del Caso):*
CGC-09-494070

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert L. Shepard    (Bar # 197240)     Fax No.: (415) 951-8233
The Robert L. Shepard Professional Law Corporation, 760 Market Street, Suite 745, San Francisco, CA 94102-2300 Phone No.: (415) 951-8234

*GORDON PARK-LI*

DATE: NOV 3 - 2009     Clerk, by _____, Deputy
*(Fecha)*                *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

Robert L. Shepard (State Bar # 197240)
The Robert L. Shepard Professional Law Corporation
760 Market Street, Suite 745, San Francisco, CA 94102-2307
TELEPHONE NO. (415) 951-8234    FAX NO. (415) 951-8233
ATTORNEY FOR (Name): Michael Degtyarev, Plaintiff

**FOR COURT USE ONLY**

F I L E D
Superior Court of California
County of San Francisco

NOV 9 2009

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

CASE NAME:
Degtyarev v. Igudesman

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CGC-09.494070<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[X] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[X] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action (specify): FOUR (4)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 10 28 09

Robert L. Shepard
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

Robert L. Shepard (197240)
The Robert L. Shepard Professional Law Corporation
760 Market Street, Suite 745
San Francisco, California 94102-2307
Phone (415) 951-8234
Fax (415) 951-8233
sheplaw@yahoo.com

Attorney for Plaintiff
Michael Degtyarev

**FILED**
Superior Court of California
County of San Francisco

NOV 3 - 2009

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

**SUMMONS ISSUED**

CASE MANAGEMENT CONFERENCE SET

APR 2 - 2010 -9:00 AM

DEPARTMENT 212

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| Michael Degtyarev | ) Case No. **CGC-09.494070** |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR FRAUDULENT** |
| | ) **MISREPRESENTATION, BREACH OF** |
| vs. | ) **CONTRACT, CONVERSION & UNJUST** |
| | ) **ENRICHMENT** |
| Elizaveta Igudesman and Does 1-25 | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |

STATEMENT OF FACTS

1. The Plaintiff, Michael Degtyarev is a resident of San Francisco, California.

2. The Defendant, Elizaveta Igudesman is a resident of San Mateo County, California.

3. The contract was signed in San Francisco, with San Francisco County Notary.

4. Plaintiff is ignorant of the true names and capacities of the defendants used herein as Does 1 through 25, and therefore sue these Defendants by such fictitious names. Plaintiffs will amend this complaint to allege these Defendants' true names and

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and Unjust Enrichment

capacities when ascertained. Plaintiffs are informed and believe that each of these fictionally named Defendants is legally responsible for the claims alleged herein.

5. On or before July 31, 2009, Defendant Elizaveta Igudesman approached Plaintiff regarding a short term loan of $200,000 (Two hundred thousand) at 7% interest. On the morning of the transfer Defendant asked to modify the terms to include $240,000 on principal at an interest rate of 7.5%. Defendant was to receive funds to repay this loan from another source and was to pay the Plaintiff within 60 days.

6. On July 31, 2009, the parties signed a notarized agreement which outlined the terms of the agreement, interest terms, and date of payment when the money was to be paid in full. The contract is attached hereto as Exhibit A.

7. On 9/29/09, Defendant Michael Degtyarev, 1 day before the September 30, 2009 payment date he asked for the funds returned.

8. On 10/01/09, pursuant to the agreement, Defendant failed to produce the violin bow collection.


**FIRST CAUSE OF ACTION BY PLAINTIFF FOR FRAUDALENT MISREPRESENTATION AGAINST ELIZAVETA IGUDESMAN**

9. Fraudulent misrepresentation requires fraud and also requires proof of intent to defraud, plaintiff's justifiable reliance, and damages. (*Brown v. Super. Ct. (Abbot laboratories)* (1988) 44 Cal3d. 1049, 245 CalRptr. 412).

10. Defendant entered into a written contract to retain money from Plaintiff with 7.5% interest, or 15% interest after October 1, 2009, as well as Defendant's violin bow collection as collateral.

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and

11. Defendant induced Plaintiff into signing the contract with the promise that he would be paid within 60 days because she was to receive money from another source, never identified to plaintiff.

12. Defendant made multiple promises to Plaintiff to repay the initial funds in a timely manner with annual interest. In July 2009, Defendant was fully aware that she would not have sufficient funds in her accounts or assets to repay the loan as promised, thus satisfying the requirements fraudulent action.

13. Plaintiffs entered into this agreement on reliance that Defendant would repay the loan and abide by the terms.

14. Defendant Elizaveta Igudesman communicated to Plaintiff on multiple occasions that the loan repayment was forthcoming, but was disingenuous in her promise to repay.

15. If Defendant Elizaveta Igudesman did receive the funds that she was waiting for and failed to repay, then she has converted the funds.

16. Since Defendant Elizaveta Igudesman failed to make timely payments, she was to hand over a violin bow collection as collateral for the untimely payment. Defendant has failed to perform this obligation as well.

17. Intentionally deflating one's financial condition in order to postpone repayment of collateral for a personal loan is enough to support a fraudulent misrepresentation claim.

18. Plaintiff alleges that Defendant is responsible for punitive damages for their conduct.

19. Plaintiff prays for damages as set forth below.

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and

## SECOND CAUSE OF ACTION BY PLAINTIFF FOR BREACH OF CONTRACT
## AGAINST ELIZAVETA IGUDESMAN

20.     Paragraphs 1 through 10 of this complaint are incorporated by reference into this cause of action and count.

21.     On July 31, 2009, Defendant entered into a valid written contract to repay Plaintiff $240,000 (Two hundred forty thousand) investment plus 7.5% interest per annum, with a 15% charge and a violin bow collection if payment was not made in full by September 30, 2009.

22.     Defendant has not made any payments as stated in the contract and therefore Defendant has breached a material term of the Contract. *California Civil Code section 1549*.

23.     Plaintiff prays for damages as set forth below.


## THIRD CAUSE OF ACTION BY PLAINTIFF FOR UNJUST ENRICHMENT AGAINST
## ELIZAVETA IGUDESMAN

24.     Paragraphs 1 through 23 of this complaint are incorporated by reference into this cause of action.

25.     Plaintiff alleges that since the date of the contract, Defendant benefited through unjust enrichment when she took $240,000 from the Plaintiff as a personal loan without making proper restitution for the payment as promised. California law defines unjust enrichment a person who has been unjustly enriched at the expense

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and Unjust Enrichment

of another is required to make restitution to the other *(California Federal Bank v. Matreyek, 8 Cal. App. 4th 125, 10 Cal. Rptr. 2d 58 (1992).*

26.    Plaintiff alleges that California law mandates that the person receiving the benefit is required to make restitution only if the circumstances are such that, as between the two individuals, it is unjust for the person to retain it *(First Nationwide Savings v. Perry, 11 Cal. App. 4th 1657, 1662, 15 Cal. Rptr. 2d 173 (1992).* Plaintiff asserts that he provided the payment to the Defendant as stated in the written contract as a short term personal loan with the promise of proper restitution. Michael Degtyarev intended to loan $240,000 plus 7.5 percent interest per annum for the purpose of short term loan and with the promise of quick restitution, not for the Defendants to retain the entirety of the funds for her personal benefit

27.    Plaintiff prays for damages as set forth below.

## FOURTH CAUSE OF ACTION BY PLAINTIFF FOR CONVERSION AGAINST ELIZAVETA IGUDESMAN

28.    Paragraphs 1 through 27 of this complaint are incorporated by reference into this cause of action.

29.    Plaintiff alleges that on or about October 1, 2009, Defendant committed conversion by not returning the violin bow collection and property that Plaintiff had the right to possession of and requested the return of. California law defines conversion as any act of dominion wrongfully exerted over another's personal

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and Unjust Enrichment

property and the interference must be actual with regards to one's right to possession *(Fischer v. Machado, 50 Cal App. 4th, 1069, 1073)*.

30.     Plaintiff prays for damages as set forth below.


## DAMAGES

WHEREFORE, Plaintiffs prays judgment against Defendants and each of them as follows:

1. Elizaveta Igudesman is held jointly and severally liable for compensatory damages in the amount of $240,000, plus 7.5 % interest per annum (daily interest is $49.32), from August 1, 2009 until October 1, 2009, and at the rate of 15% thereafter (daily interest is $98.63) until paid.

2. Under the first, third and fourth causes of action, should Elizaveta Igudesman be found liable, Michael Degtyarev also seeks additional punitive damages in an amount to be determined at trial.

3. Under the first, third and fourth causes of action, should Elizaveta Igudesman be found liable, Michael Degtyarev also seeks medical damages and pain and suffering in an amount to be determined at trial.

4. Attorney costs and fees.

5. Any other relief the court deems proper and fair.


Respectfully submitted:

10-28-09
_____
Date

_____
Robert L. Shepard
Attorney for Plaintiff

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and Unjust Enrichment



Michael Degtyarev

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and
Unjust Enrichment

# VERIFICATION

I Michael Degtyarev declare:

I am Plaintiff in the above-entitled action and I have read our COMPLAINT and know the content thereof. The same are true and correct except as to those matters that we have stated to be incomplete or awaiting further discovery, and as to those matters they are true to the best of my information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October _28_, 2009, in San Francisco, California

_____
Michael Degtyarev

Complaint For Fraudulent Misrepresentation, Breach Of Contract, Conversion and



## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

# Document Scanning Lead Sheet

Dec-17-2009 11:39 am

Case Number: CGC-09-494070

Filing Date: Dec-17-2009 11:34

Juke Box: 001    Image: 02707183

ANSWER

MICHAEL DEGTYAREV VS. ELIZAVETA IGUDESMAN et al

001C02707183

**Instructions:**
Please place this sheet on top of the document to be scanned.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): TELEPHONE: 415-640-0582<br>*Elizaveta Igudesman*<br>*101 Bella Vista Dr.*<br>*Hillsborough CA 94010*<br>ATTORNEY FOR (NAME): *In Proper* | FOR COURT USE ONLY:<br><br>F I L E D<br>Superior Court of California<br>County of San Francisco<br>JUL 17 2009<br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk |

Insert name of court, judicial district or branch court, if any, and post office and street address:

**Superior Court Of California**
**County of San Francisco**
**400 McAllister Street**
**San Francisco, CA 94102**

PLAINTIFF: *Michael Degtyarev*

DEFENDANT: *Elizaveta Igudesman*

| | |
|---|---|
| **ANSWER—Contract**<br>☒ TO COMPLAINT OF (name): *Michael Degtyarev*<br>☐ TO CROSS-COMPLAINT (name): | CASE NUMBER:<br>*CGC-09-494070* |

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____

2. DEFENDANT (name): *Elizaveta Igudesman*
   answers the complaint or cross-complaint as follows:

3. Check ONLY ONE of the next two boxes:
   a. ☐ Defendant generally denies each statement of the complaint or cross-complaint. *(Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)*
   b. ☒ Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
       (1) Defendant claims the following statements are false *(use paragraph numbers or explain):*

   *Par. 5; Par. 8; Par. 11; Par. 12; Par. 22;*

   ☐ Continued on Attachment 3.b.(1).
       (2) Defendant has no information or belief that the following statements are true, so defendant denies them *(use paragraph numbers or explain):*

   *Par. 14; Par. 16; Par. 17; Par. 18; Par. 29;*

   ☐ Continued on Attachment 3.b.(2).

   *If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-010 [Rev. January 1, 2007] | **ANSWER—Contract** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

SVETLANA ELGART
542 CRAIG ROAD
HILLSBOROUGH, CA 94010
TELEPHONE NO.: 650-222-0698

E-MAIL ADDRESS *(Optional):*                    FAX NO. *(Optional):*

ATTORNEY FOR *(Name):*

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

San Francisco Superior Court
Civic Center Courthouse
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

PETITIONER/PLAINTIFF: MICHAEL DEGTYAREV

RESPONDENT/DEFENDANT: E. IGUDESMAN

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER:
CGC-09-494070

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   542 CRAIG ROAD HILLBOROUGH, CA 94010

3. On *(date):* 12/17/09 I mailed from *(city and state):* BURLINGAME, CA 94010 the following **documents** *(specify):*

   ANSWER - CONTRACT

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: MICHAEL DEGTYAREV
   b. **Address** of person served:
      THE L. SHEPARD PROFESSIONAL LAW CORP.
      760 MARKET STREET # 745
      S.F. CA 94102-2307

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/17/09

_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov